UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENGAGE LEARNING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SYED M. ADIL; APX LOGISTICS; SAMANTHA BOLLS; DAVID ECKHARD; GEORGE GALFI; ZACK GALFI; VISWARANJAN SAHU; SASHA INTERNATIONAL LLC; PHILIP TAKACS; TEXTBOOK RESOURCES INC.; and RAHEEL VIRANI,<br><br>Defendants. | Civil Action No. 1:15-cv-11577-MLW |

## [PROPOSED] PRELIMINARY INJUNCTION ENJOINING SASHA INTERNATIONAL LLC FROM FURTHER INFRINGING OR TRANSFERRING ASSETS

Upon Plaintiff's Renewed Motion for Preliminary Injunction as to Defendant Sasha International LLC, the accompanying Memorandum of Law, supporting Declarations and exhibits submitted therewith, and the entire record herein, and pursuant to Federal Rule of Civil Procedure 65, the Copyright Act, 17 U.S.C. § 502(a), the Lanham Act, 15 U.S.C. §§ 1051, *et seq.*, and this Court's inherent equitable power, the Court finds:

1. Plaintiff is likely to prevail on its claims that Defendant Sasha International LLC ("Defendant") has infringed Plaintiff's federally registered copyrights and trademarks in connection with Defendant's importation, distribution, and sale of unauthorized copies of Plaintiff's copyrighted works on Amazon.com, including as the seller known as Best Books Buy (the "Online Storefront");

2. Defendant's importation, distribution, and/or selling of unauthorized copies of Plaintiff's copyrighted works will result in immediate and irreparable injury to Plaintiff if the

relief requested is not ordered and Plaintiff will be left without an adequate remedy;

3. The harm to Plaintiff from denial of the requested injunction outweighs the harm to any legitimate interests Defendant has against granting such order; and

4. The public interest is served by granting the requested injunction.

THEREFORE, IT IS HEREBY ORDERED that Defendant, its members, officers, directors, agents, servants, representatives, employees, successors, and assigns, and all those acting in concert or in participation with any of them, are enjoined from:

  a. Scanning, printing, copying, manufacturing, or otherwise reproducing any of Plaintiff's copyrighted textbooks, in whole or in part;

  b. Importing, distributing, marketing, advertising, selling, renting or leasing, any textbook that infringes any of Plaintiff's copyrights or trademarks;

  c. Using or employing any of Plaintiff's marks in connection with the sale or offering for sale, rental, distribution, advertising or promotion of any of counterfeit or suspected counterfeit copies of Plaintiff's copyrighted textbooks;

  d. Using, operating, maintaining, assisting, distributing, or supporting any online marketplace account, website, domain name, email address, social media account, bank account, or payment processing system in connection with the infringement of any of Plaintiff's copyrighted works; or

  e. encouraging, facilitating, assisting or inducing others to violate paragraphs a through d above.

IT IS FURTHER ORDERED that Defendant and its members, officers, directors, agents, servants, representatives, employees, successors, and assigns, and all those acting in concert or in participation with any of them, and any banks, savings and loan associations, credit card

companies, credit card processing agencies, merchant acquiring banks, payment providers, third-party processors, and/or other financial institutions of Defendant must, upon receiving actual notice of this Order, immediately locate all accounts associated with Defendant or the Online Storefront and immediately cease transferring or disposing of any money or other assets residing in such accounts, cease allowing such funds to be transferred or withdrawn, and cease allowing any diminutions to be made by Defendant from such accounts pending further order of this Court. This includes but is not limited to any and all bank accounts, credit card or debit accounts, or other financial institution accounts linked to or associated with Defendant's Amazon seller accounts or the Online Storefront;

IT IS FURTHER ORDERED that Defendant, and/or any persons acting in concert with Defendant, are to preserve all evidence relating to: (i) the Online Storefront; (ii) the scanning, printing, reproducing or altering of any of Plaintiff's copyrighted works, in whole or in part, (iii) the acquisition and/or importation into the United States of Plaintiff's copyrighted works by Defendant or the Online Storefront, (iv) the sale, rental, or distribution of any of Plaintiff's copyrighted works by Defendant or the Online Storefront; (v) the receipt of monies by or payment of any proceeds to the Online Storefront; and (vi) all other evidence related to the allegations set forth in Plaintiff's Second Amended Complaint in the matter herein; and

IT IS FURTHER ORDERED, that this Preliminary Injunction shall remain in effect until further order of this Court.

SO ORDERED this 3rd day of November 3, 2016.

_____
Hon. Mark L. Wolf
United States District Judge